**ORIGINAL**

# In The United States Court of Federal Claims

RECEIVED
MAY 7 2012
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)
**David Stebbins**

12-296 C

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): _____

Firm Name: _____

Post Office Box: _____

Street Address: 123 W. Ridge St., APT D

City-State-Zip: Harrison, AR 72601

Telephone & Facsimile Numbers: 870-204-6516

E-mail Address: stebbinsd@yahoo.com

Is the attorney of record admitted to the Court of Federal Claims Bar?  ☐ Yes  ☑ No
Does the attorney of record have a Court of Federal Claims ECF account?  ☐ Yes  ☑ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6402 for admission papers and/or enrollment instructions.

Nature of Suit Code:  5 2 8

Select only one (three digit) nature-of-suit code from the attached sheet.
If number 213 is used, please identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

**Federal judge committing a non-judicial act and acting in the clear absence of all jurisdiction.**

Agency Identification Code:  ☐ ☐ ☐
See attached sheet for three-digit codes.

Amount Claimed:  $ 500,000,000,000
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required?  ☐ Yes  ☑ No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $ _____
Is plaintiff a small business?  ☐ Yes  ☑ No

Vaccine Case:
Date of Vaccination: _____

Related Cases:
Is this case directly related to any pending or previous case?  ☐ Yes  ☑ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

179