

**FILED**

MAY 7 2012

U.S. COURT OF
FEDERAL CLAIMS

# In the United States Court of Federal Claims

<u>David Stebbins</u>   *

v.   *   **12-296 C**

*   Application to Proceed
*   *In Forma Pauperis*

The United States   *

I, <u>David Stebbins</u>, request to proceed without being required to prepay filing fees. I state that because of my poverty, I am unable to pay such fees; that I believe I am entitled to relief. The nature of my action, or the issues I intend to present are briefly stated as follows:


In further support of this application, I answer the following questions.

1. Are you presently employed?  ☐ Yes ☑ No

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment?    ☐ Yes ☑ No
   b. Rent payments, interest or dividends?    ☐ Yes ☑ No
   c. Pensions, annuities or life insurance payments    ☐ Yes ☑ No
   d. Gifts or inheritances?    ☐ Yes ☑ No
   e. Any other sources?    ☑ Yes ☐ No

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

I receive $628.20 per month in SSI, and $79 per month in food stamp benefits.

3. Do you own any cash, or do you have money in checking, savings, or any other accounts?  ☑ Yes ☐ No

   If the answer is "yes", state the total value of the items owned.
   I have approximately $1,000 in a non-interest bearing checking account.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes ☑ No

   If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   I have no dependants

6. Are you a prisoner?  ☐ Yes ☑ No

   If the answer is "Yes", you must submit a certified copy of your trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding your filing of the complaint as required by 28 U.S.C. §1915(a) (2) (2000).

I declare under penalty of perjury that the foregoing is true and correct.
(28 U.S.C. § 1746)

Executed on 05/03/2012 _____
              (Date)           (Signature of Applicant)

RECEIVED
MAY − 7 2012
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS