**ORIGINAL**

# In the United States Court of Federal Claims

No. 12-296 C

**DAVID STEBBINS**

v.

**THE UNITED STATES**

**FILED**

MAY 1 5 2012

U.S. COURT OF
FEDERAL CLAIMS

**JUDGMENT**

Pursuant to the court's Opinion and Order, filed May 14, 2012,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed.

Hazel C. Keahey
Clerk of Court

May 15, 2012

By: [signature]

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.