ORIGINAL

**FILED**

MAY 18 2012

U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| DAVID STEBBINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 12-296 C |
| | ) Chief Judge E. Hewitt |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of _____Courtney S. McNamara_____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Courtney S. McNamara
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044

COURTNEY S. McNAMARA
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 353-7995
Facsimile: (202) 305-7644
Email: Courtney.McNamara@usdoj.gov

Dated: May 16, 2012

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this **18th** day of **May, 2012**, I caused to be placed in the United States mail (first-class, postage prepaid), copies of a "NOTICE OF APPEARANCE" addressed as follows:

DAVID STEBBINS<br>
123 W. Ridge Street<br>
Apt. D<br>
Harrison, AR 72601

_[signature]_